```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

DR. GLORIA DANSBY-GILES                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:08CV349TSL-JCS

JACKSON STATE UNIVERSITY,
AND DR. JEAN FARISH-JACKSON,
DR. DANIEL WATKINS, AND DR.
VELVELYN FOSTER, INDIVIDUALLY                             DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered by the court this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 11th day of June, 2009.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE